

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2014 Grand Jury

SACR15-00060

| UNITED STATES OF AMERICA, | SA CR No. |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2339B: Conspiracy to Provide Material Support and Resources to a Designated Foreign Terrorist Organization; 18 U.S.C. § 2339B: Attempting to Provide Material Support and Resources to a Designated Foreign Terrorist Organization; 18 U.S.C. § 2339B: Aiding and Abetting an Attempt to Provide Material Support and Resources to a Foreign Terrorist Organization] |
| NADER SALEM ELHUZAYEL and MUHANAD ELFATIH M. A. BADAWI, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2339B]

From a time unknown to on or about May 21, 2015, in Orange County, within the Central District of California, and elsewhere, defendants NADER SALEM ELHUZAYEL ("ELHUZAYEL") and MUHANAD ELFATIH M. A. BADAWI ("BADAWI"), each one a national of the United States, knowingly conspired to provide material

support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely ELHUZAYEL, to the Islamic State of Iraq and the Levant ("ISIL"), also known as the Islamic State of Iraq and Syria, al-Qa'ida in Iraq, and the Islamic State, which had been continuously designated by the Secretary of State as a foreign terrorist organization since on or about May 15, 2014, knowing that ISIL had been designated as a foreign terrorist organization, and knowing that ISIL had engaged in, and was engaging in, terrorist activity and terrorism.

COUNT TWO

[18 U.S.C. § 2339B]

From a time unknown to on or about May 21, 2015, in Orange County, within the Central District of California, and elsewhere, defendant NADER SALEM ELHUZAYEL ("ELHUZAYEL"), a national of the United States, knowingly attempted to provide material support, as that term is defined in Title 18, United States Code, Sections 2339A(b)(1), that is, personnel, namely himself, to the Islamic State of Iraq and the Levant ("ISIL"), also known as the Islamic State of Iraq and Syria, al-Qa'ida in Iraq, and the Islamic State, which had been continuously designated by the Secretary of State as a foreign terrorist organization since on or about May 15, 2014, knowing that ISIL had been designated as a foreign terrorist organization, and knowing that ISIL had engaged in, and was engaging in, terrorist activity and terrorism.

COUNT THREE

[18 U.S.C. §§ 2339B, 2]

From a time unknown to on or about May 21, 2015, in Orange County, within the Central District of California, and elsewhere, defendant MUHANAD ELFATHIH M. A. BADAWI ("BADAWI"), a national of the United States, knowingly aided, counseled, commanded, induced, and procured NADER SALEM ELHUZAYEL ("ELHUZAYEL") to attempt to provide material support, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), that is, personnel, namely ELHUZAYEL, to the Islamic State of Iraq and the Levant ("ISIL"), also known as the Islamic State of Iraq and Syria, al-Qa'ida in Iraq, and the Islamic State, which had been continuously designated by the Secretary of State as a foreign terrorist organization since on or about May 15, 2014, knowing that ISIL had been

//
//
//

designated as a foreign terrorist organization, and knowing that ISIL had engaged in, and was engaging in, terrorist activity and terrorism.

                                      A TRUE BILL

_____
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ R. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section

CELESTE CORLETT
Assistant United States Attorney
National Security Section