

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　PLAINTIFF(S)<br><br>v.<br><br>NADER SALEM ELHUZAYEL and<br>MUHANAD ELFATIH M. A.<br>BADAWI,<br>　　　　　　　　　　DEFENDANT(S). | Initial Indictment:<br><br>　　SA CR 1500060-DOC<br>Case Number to be Assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>　　SA Cr 1500060-DOC(A)<br>Case Number<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br>(To Be Filed No Later than Two Business Days Prior to the Time of Arraignment) |

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

　☐　There are eight (8) or more defendants. The number of defendants is _____.
and/or
　☐　The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

☑ **Superseding Indictment**

Upon a careful review of the ___first___ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

　☐　There are eight (8) or more defendants. The number of defendants is _____ (The previous number of defendants was _____).
and/or
　☑　The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __15__ trial days. (The previous estimate was __12__ trial days.)

Date: October 7, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney