**EXHIBIT 2**



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Judith A. Heinz*
*Phone:  (213) 894-7280*
*E-mail: judith.heinz@usdoj.gov*

*Deirdre Z. Eliot*
*Phone: (714) 338-3599*
*E-mail: deirdre.eliot@usdoj.gov*

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California  90012*

*8000 United States Courthouse*
*411 West Fourth Street*
*Santa Ana, California 92701*

May 16, 2016

**<u>VIA E-Mail</u>**

Pal Anthony Lengyel-Leahu
360 East First Street  #609
Tustin, California 92780

Katherine T. Corrigan
Corrigan Welbourn and Stokke APLC
4100 Newport Place, Suite 550
Newport Beach, California 92660

   Re: <u>United States v. Nader Elhuzayel & Muhanad Badawi</u>
     Case Number: SA CR 15-60(A)-DOC

Dear Counsel:

We hereby provide written notice of the government's intent to offer into evidence at trial through custodian of record declarations, pursuant to Federal Rules of Evidence 803(6)(A)-(D) and 902(11), the following domestic records of a regularly conducted activity:

| Declarant<br>(Bates References for<br>Declarations) | Organization | Business Records<br>(Bates References in<br>Discovery) |
|---|---|---|
| Albert Abutin (662, 1251) | Fullerton College | 647-661, 1232-1250 |
| Lesley Ahlberg (688, 23777) | Apple, Inc. | 577-584, 663-687, 23776 |
| Samantha Bates (23778) | Google Inc. | 23779, 23780, |
| Paul de Dios (237, 775) | Cypress College | 238-254, 776-799 |
| Wanita Gabel (21872-21873) | Wells Fargo Bank | 2985-3290 |
| Lauren Hall (23781-23782) | Twitter, Inc. | Disc 24 |
| Douglas Hollon (523-524) | Experian | 525-527 |
| Rebecca Joseph (639-640) | Higher One | 641-646, 1774-1808,<br>3321-3324 |
| Jane Lee (23626, 23783) | Twitter, Inc. | 23627-23632, Disc 24 |
| Melissa Lloyd (23988, 23992) | Bank of America | 2115-2126, 23990-23991,<br>23993-24003 |
| Suzanne Maso (585-586) | Orbitz Worldwide LLC | 587-590 |

All Defense Counsel of Record
RE: 902(11) Notice – Elhuzayel & Badawi
May 16, 2016
Page 2

| Linnette V. McCall (1742) | Sprint | 1720-1741 |
|---|---|---|
| Connie Mitchareune (21874) | Wells Fargo Bank | 3310-3320 |
| Andrew Newpher (24054) | Wells Fargo Bank | 24055-24080 |
| Corey Roberson (21868-21869) | JPMorgan Chase Bank | 4598-5087 |
| Fernando Rodriguez-Sanchez (1719) | AT&T | 1254-1718 |
| Suzanne Story (21863-21865) | JPMorgan Chase Bank | 3420-3484, 3747-3748 |
| Rolando Vega (To Be Bates Numbered) | Twitter, Inc. | Disc 24 |

The above custodian of records declarations and corresponding records have been produced to
you previously in discovery.  Please note that the documents corresponding to the declaration by
Roland Vega were provided to you pursuant to a search warrant on accounts that do not belong
to either defendant in this case.

The government submits that, because the certifications satisfy the requirements of Rules
803(6)(A)-(C) and 902(11), it is not required to subpoena the records custodians to testify at trial
about these records.  If you intend to challenge the government's offer of these records into
evidence as described herein, please advise.

The government may, at a later time and as needed, provide notice of additional evidence it
intends to offer pursuant to Federal Rules of Evidence 803(6)(A)-(D) and 902(11).

Very truly yours,

EILEEN M. DECKER
United States Attorney

/s/

JUDITH A. HEINZ
DEIRDRE Z. ELIOT
JULIUS J. NAM
Assistant United States Attorneys
National Security Division

Enclosure

### DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _ALBERT ABUTIN_, hereby declare as follows:
(name)

(1)    I am a custodian of records for _FULLERTON COLLEGE_, and in that capacity am
knowledgeable about the matters set forth herein.                    (name of business or entity)

(a)    My job title/position is: _DEAN, ADMISSIONS & RECORDS_

(b)    I have been employed in this capacity for _8 YRS_
(duration)
and by the aforementioned business/entity for _13 YRS_.
(duration)

(c)    My job duties are: _OVERSEE ALL FUNCTIONS OF ADMISSIONS & RECORDS, FINANCIAL AID, INTERNATIONAL STUDENT CENTER, AND STUDENT AFFAIRS_

(d)    I am knowledgeable about the matters set forth herein and the relevant record-keeping practices
of the aforementioned business/entity based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other.    Describe:

(2)    Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of
a regularly conducted activity of the business or entity named above.
(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3)    I certify that the attached record(s):

(a)    was/were made at or near the time of the occurrence of the matters set forth therein,

(b)    was/were made by, or from information transmitted by, a person with knowledge of those
matters;

(c)    was/were kept in the course of the regularly conducted activity;

(d)    was/were made by and in the course of the regularly conducted activity as a regular practice;

(e)    if not original records, are exact duplicates of original records.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated _5/20/15_ and executed at _FULLERTON, CA_.
(date document was signed)                    (place document was signed)

_____
(signature)

_ALBERT ABUTIN_
(typed or printed name)

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _ALBERT ABUTIN_ , hereby declare as follows:
(name)

(1)  I am a custodian of records for _FULLERTON COLLEGE_ , and in that capacity am
knowledgeable about the matters set forth herein.   (name of business or entity)

    (a)  My job title/position is: _DEAN, ADMISSIONS & RECORDS_

    (b)  I have been employed in this capacity for _8 YRS_
             (duration)
    and by the aforementioned business/entity for _13 YRS_ .
             (duration)

    (c)  My job duties are: _OVERSEE ALL FUNCTIONS OF ADMISSIONS & RECORDS, FINANCIAL AID, INTERNATIONAL STUDENT CENTER, AND STUDENT AFFAIRS_

    (d)  I am knowledgeable about the matters set forth herein and the relevant record-keeping practices
of the aforementioned business/entity based upon (check all that apply):

    [✓] Training.

    [✓] Familiarity with relevant policy/policies.

    [✓] Hands-on experience.

    [✓] Supervision of one or more others with hands-on experience.

    [ ] Other.   Describe:

(2)  Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of
a regularly conducted activity of the business or entity named above.
(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3)  I certify that the attached record(s):

    (a)  was/were made at or near the time of the occurrence of the matters set forth therein,

    (b)  was/were made by, or from information transmitted by, a person with knowledge of those
matters;

    (c)  was/were kept in the course of the regularly conducted activity;

    (d)  was/were made by and in the course of the regularly conducted activity as a regular practice;

    (e)  if not original records, are exact duplicates of original records.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated _5/20/15_ and executed at _FULLERTON, CA_ .
  (date document was signed)       (place document was signed)

                         (signature)

              _ALBERT ABUTIN_
              (typed or printed name)

ELHUZAYEL_BADAWI_00001251

## BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Lesley Ahlberg, hereby declare:

1.          I am employed by Apple Inc. and that my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL through APL000002_APPLE_CONFIDENTIAL produced May 6, 2015 in response to a subpoena served on Apple on May 4, 2015.  I am authorized to submit this declaration on behalf of Apple.

2.          Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.          These records were made at or near the time of the occurrence of the matters set forth in the records;

4.          These records were kept in the course of the regularly conducted activity; and,

5.          These records were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED:  May 6, 2015                                    **APPLE INC.**

By: _Lesley Ahlberg_____
Name:  Lesley Ahlberg
Title:  Legal Specialist, Apple Inc.

## BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Lesley Ahlberg, hereby declare:

1.        I am employed by Apple Inc. and that my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL through APL000002_APPLE_CONFIDENTIAL produced May 6, 2015 in response to a subpoena served on Apple on May 4, 2015.  I am authorized to submit this declaration on behalf of Apple.

2.        Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.        These records were made at or near the time of the occurrence of the matters set forth in the records;

4.        These records were kept in the course of the regularly conducted activity; and,

5.        These records were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED:  May 6, 2015                              **APPLE INC.**

By: _____

Name:  Lesley Ahlberg
Title:  Legal Specialist, Apple Inc.

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      Google provides Internet-based services.

3.      Attached is a true and correct copy of 1 file pertaining to the Google account-holder(s) identified as *SHARIAHOFISLAM, NADER828, VICTORY4ALLAH,* with Internal Ref. No. 562297 ("Document").  Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each production file.

4.      The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Samantha Bates*
(Signature of Records Custodian)

Date: April 24, 2015

Samantha Bates
(Name of Records Custodian)

### DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _Paul deDios_ , hereby declare as follows:
(name)

(1)  I am a custodian of records for _Cypress College_ , and in that capacity am knowledgeable about the matters set forth herein.
(name of business or entity)

    (a)  My job title/position is: _Dean of Admissions & Records_

    (b)  I have been employed in this capacity for _3 Years_
            (duration)
       and by the aforementioned business/entity for _8 Years_ .
                     (duration)

    (c)  My job duties are:

    (d)  I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

        [✓] Training.

        [✓] Familiarity with relevant policy/policies.

        [✓] Hands-on experience.

        [✓] Supervision of one or more others with hands-on experience.

        [ ] Other.   Describe:

(2)  Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the business or entity named above.
(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3)  I certify that the attached record(s):

    (a)  was/were made at or near the time of the occurrence of the matters set forth therein,

    (b)  was/were made by, or from information transmitted by, a person with knowledge of those matters;

    (c)  was/were kept in the course of the regularly conducted activity;

    (d)  was/were made by and in the course of the regularly conducted activity as a regular practice;

    (e)  if not original records, are exact duplicates of original records.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated _5-1-15_ and executed at _Cypress, CA_
   (date document was signed)          (place document was signed)

                             (signature)

                _Paul de Dios_
                    (typed or printed name)

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _Paul de Dios_, hereby declare as follows:
(name)

(1)   I am a custodian of records for _Cypress College_, and in that capacity am
knowledgeable about the matters set forth herein.          (name of business or entity)

(a)   My job title/position is: _Dean of Admissions & Records_

(b)   I have been employed in this capacity for _3 years_
(duration)

and by the aforementioned business/entity for _8 years_.
(duration)

(c)   My job duties are:

(d)   I am knowledgeable about the matters set forth herein and the relevant record-keeping practices
of the aforementioned business/entity based upon (check all that apply):

[✓] Training.

[✓] Familiarity with relevant policy/policies.

[✓] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[ ] Other.   Describe:

(2)   Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of
a regularly conducted activity of the business or entity named above.
(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3)   I certify that the attached record(s):

(a)   was/were made at or near the time of the occurrence of the matters set forth therein,

(b)   was/were made by, or from information transmitted by, a person with knowledge of those
matters;

(c)   was/were kept in the course of the regularly conducted activity;

(d)   was/were made by and in the course of the regularly conducted activity as a regular practice;

(e)   if not original records, are exact duplicates of original records.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated _5/1/15_ and executed at _Cypress , CA_
(date document was signed)                   (place document was signed)

_Paul de Dios_ (signature)
(typed or printed name)

ELHUZAYEL_BADAWI_00000775



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
PO Box 29728 S3928-020
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Wanita Gabel, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

The records produced are described as follows:

Case No: 12048730

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Signature Cards | XXXXXX5328 | 3 | 3 |
| Signature Cards | XXXXXX6407 | 3 | 3 |
| Deposits with offsets | XXXXXX9021 | 21 | 21 |
| Signature Cards | XXXXXX5858 | 3 | 3 |
| Checks/Debits | XXXXXX6407 | 0 | 0 |
| Statements | XXXXXX5858 | 16 | 16 |
| Deposits with offsets | XXXXXX5328 | 1 | 1 |
| Statements | XXXXXX5328 | 36 | 36 |
| Deposits with offsets | XXXXXX5858 | 0 | 0 |
| Deposits with offsets | XXXXXX6407 | 2 | 2 |
| Checks/Debits | XXXXXX9021 | 1 | 1 |
| Checks/Debits | XXXXXX5858 | 0 | 0 |
| Statements | XXXXXX9021 | 33 | 33 |
| Signature Cards | XXXXXX9021 | 3 | 3 |
| Checks/Debits | XXXXXX5328 | 0 | 0 |
| Statements | XXXXXX6407 | 15 | 15 |

Total Copies Delivered:    137

Additional comments: INITIAL PRODUCTION LIMITED TO SIGNATURE CARDS, STATEMENTS, DEBITS AND CREDITS FOR THE TIME FRAME 01/01/14 TO 04/29/15; BY AGREEMENT WITH REQUESTER.

Case No: 12048730; Agency Case No: 2015597

Page 1 of 2

ELHUZAYEL_BADAWI_00021872

I declare under penalty of perjury under the law(s) of the state of California  that the foregoing is true and correct according to my knowledge and belief.   Executed on this 13th day of May, 2015, in the City of Chandler, State of ARIZONA.

_____

Subpoena Processing Representative  (480)724-2000

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.

Case No: 12048730; Agency Case No: 2015597

Page 2 of 2

ELHUZAYEL_BADAWI_00021873

## DECLARATION OF CUSTODIAN OF RECORDS

I, Lauren Hall, declare:

1. I, the undersigned, am a duly authorized custodian of records for Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 (the "Responding Party") to whom the warrant (the "Warrant"), dated July 2, 2015, from Jason Ghetian, of the Federal Bureau of Investigation is directed.

2. I have personal knowledge of the facts set forth below, and the authority to certify records on behalf of the Responding Party.    I am qualified to testify as to the preparation and maintenance of the records sought by the Warrant and, if called upon as a witness, could testify competently thereto.

3. I hereby certify to the best of my knowledge that the records sent to Jason Ghetian via email, on July 14, 2015, are true and correct copies of available records (the "Records") in my custody or control responsive to the Warrant. The Records were "prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event." (See Cal. Evid. Code §1561(a)(3)).   The Records include:
    a. -[user_id]-account.txt: basic subscriber information, including: screen name,
    b. -[user_id]-devices.txt: records concerning the device (cell phone) registered by Subject User to his or her account, if any.
    c. -[user_id]-ipaudit.txt: logins and related IP addresses.
    d. -[user_id]-dms.txt: contains the Subject User's Direct Messages.
    e. [user_id]-groupdm-media.zip: Images uploaded through Twitter's photo hosting service (if any) for Group Direct Messages
    f. -[user_id]-tweets.txt: contains the Subject User's Tweets.
    g. -[user_id]-account-media.zip: contains images uploaded using Twitter's photo hosting service.
    h. -[user_id]-profile-media.zip: avatar and background image, if uploaded.
    i. -[user_id]-followers.txt: other accounts that follow this account.
    j. -[user_id]-following.txt: other accounts followed by this account.

      k.  -[user_id]-saved-searches.txt: searches saved by this account.

      l.  -[user_id]-contacts.txt: contacts imported into this account.

      m.  -[user_id]-lists_created.txt: lists created by this account.

      n.  -[user_id]-screen-name-changes.txt: records of changes to this account's @USER.

      o.  -[user_id]-favorites.txt: Tweets marked as 'Favorite' by this account.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the  2  day of  May , 2016, at San Francisco, California.

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _Douglas Holton_ , hereby declare as follows:
(name)

(1)  I am a custodian of records for _Experian_ ,
(name of business or entity)

and in that capacity am knowledgeable about the matters set forth herein.

    (a)  My job title/position is: _Custodian of Records_

    (b)  I have been employed in this capacity for _3 yrs_
(duration)

and by the aforementioned business/entity for _6 yrs_ .
(duration)

    (c)  My job duties are: _Records Custodian_

    (d)  I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

        [X] Training.

        [X] Familiarity with relevant policy/policies.

        [X] Hands-on experience.

        [ ] Supervision of one or more others with hands-on experience.

        [ ] Other.  Describe:

(2)  Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the business or entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

ELHUZAYEL_BADAWI_00000523

(3)   I certify that the attached record(s):

   (a) was/were made at or near the time of the occurrence of the matters set forth therein,

   (b) was/were made by, or from information transmitted by, a person with knowledge of those matters;

   (c)   was/were kept in the course of the regularly conducted activity;

   (d)   was/were made by and in the course of the regularly conducted activity as a regular practice;

   (e)   if not original records, are exact duplicates of original records.


   I declare under penalty of perjury that the foregoing is true and correct.

Dated _____ and executed at _____.
         (date document was signed)                                    (place document was signed)

_____
(Signature)

_____
(Typed or printed name)

4

ELHUZAYEL_BADAWI_00000524

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _Rebecca Joseph_ hereby declare as follows:
(name)

(1)    I am a custodian of records for _Higher One_
(name of business or entity)

and in that capacity am knowledgeable about the matters set forth herein.

(a)    My job title/position is: _Legal/Fraud Research Analyst_

(b)    I have been employed in this capacity for _2 years_
(duration)

and by the aforementioned business/entity for _3 years_.
(duration)

(c)    My job duties are:

_legal and fraud research_

(d)    I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

[X] Training.

[X] Familiarity with relevant policy/policies.

[X] Hands-on experience.

[ ] Supervision of one or more others with hands-on experience.

[ ] Other.    Describe:

(2)    Attached hereto or enclosed herewith are *originals/*

*true and correct duplicates* of a record or records of a regularly conducted activity of the

business or entity named above.

ELHUZAYEL_BADAWI_00000639

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3)    I certify that the attached record(s):

(a) was/were made at or near the time of the occurrence of the matters set forth therein,

(b) was/were made by, or from information transmitted by, a person with knowledge of those matters;

(c)    was/were kept in the course of the regularly conducted activity;

(d)    was/were made by and in the course of the regularly conducted activity as a regular practice;

(e)    if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.  Dated _5/18/2015_ and
                                                    (date document was signed)

executed at _Higher One, New Haven, CT_
                                (place document was signed)

_R. Joseph_
            (signature)
_Rebecca Joseph_
        (typed or printed name)

# DECLARATION OF CUSTODIAN OF RECORDS

I, Jane Lee , declare:

1.   I, the undersigned, am a duly authorized custodian of records for Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 (the "Responding Party") to whom the subpoena (the "Subpoena"), dated May 4, 2016, from Special Agent Scott Wales, of the Federal Bureau of Investigation, is directed.

2.   I have personal knowledge of the facts set forth below, and the authority to certify records on behalf of the Responding Party.  I am qualified to testify as to the preparation and maintenance of the records sought by the Subpoena and, if called upon as a witness, could testify competently thereto.

3.   I hereby certify to the best of my knowledge that the records sent to Special Agent Scott Wales via email, on May 6, 2016, are true and correct copies of available records (the "Records") in my custody or control responsive to the Subpoena. The Records were "prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event."  (See Cal. Evid. Code §1561(a)(3)).  The Records include:

      a.   -[USER]-account.txt: basic subscriber information, including: screen name, email address (as given by Subject User), and account creation date.

      b.   -[USER]-devices.txt: records concerning the device (cell phone) registered by Subject User to his or her account, if any.

      c.   -[USER]- account-creation-ip.txt: IP address information at account creation.

      d.   -[USER]-ipaudit.txt: logins and related IP addresses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the 9th day of MAY , 2016, at San Francisco, California.

-1-

DECLARATION OF CUSTODIAN OF RECORDS

SUBJECT TO PROTECTIVE ORDER    ELHUZAYEL_BADAWI_00023626

### DECLARATION OF CUSTODIAN OF RECORDS

I, Jane Lee, declare:

1.    I, the undersigned, am a duly authorized custodian of records for Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 (the "Responding Party") to whom the subpoena (the "Subpoena"), dated May 4, 2016, from Special Agent Scott Wales, of the Federal Bureau of Investigation, is directed.

2.    I have personal knowledge of the facts set forth below, and the authority to certify records on behalf of the Responding Party.  I am qualified to testify as to the preparation and maintenance of the records sought by the Subpoena and, if called upon as a witness, could testify competently thereto.

3.    I hereby certify to the best of my knowledge that the records sent to Special Agent Scott Wales via email, on May 6, 2016, are true and correct copies of available records (the "Records") in my custody or control responsive to the Subpoena. The Records were "prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event." (See Cal. Evid. Code §1561(a)(3)).  The Records include:

a.    -[USER]-account.txt: basic subscriber information, including: screen name, email address (as given by Subject User), and account creation date.

b.    -[USER]-devices.txt: records concerning the device (cell phone) registered by Subject User to his or her account, if any.

c.    -[USER]- account-creation-ip.txt: IP address information at account creation.

d.    -[USER]-ipaudit.txt: logins and related IP addresses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the 9th day of May, 2016, at San Francisco, California.

-1-

### DECLARATION OF CUSTODIAN OF RECORDS

SUBJECT TO PROTECTIVE ORDER    ELHUZAYEL_BADAWI_00023783

Bank of America Legal Order Processing
Regarding reference number: U050916000063
Court case number: SA CR-00060(A)-DOC
Court or issuer: UNITED STATES ATTORNEY'S OFFICE
Court case name: NADER ELHUZAYEL

### AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Melissa Lloyd
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Melissa Lloyd, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**
-   Signature card on account ending 8880 in the name of Nader S Elhuzayel.

3.) **Production.**
_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _5/10/16_____   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _10___ day of _May 2016___. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of New York
City/County of Utica/Oneida

RAECHELE ANN PEXTON
Notary Public - State of New York
No. 01PE6285697
Qualified in Oneida County
My Commission Expires July 08, 201*

SUBJECT TO PROTECTIVE ORDER     ELHUZAYEL_BADAWI_00023988

Bank of America Legal Order Processing
Regarding reference number: U050916000063
Court case number: SA CR-00060(A)-DOC
Court or issuer: UNITED STATES ATTORNEY'S OFFICE
Court case name: NADER ELHUZAYEL

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Melissa Lloyd
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Melissa Lloyd, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**
- Statement on account ending 8880 in the name of Nader S Elhuzayel for the period of May 2015, includes deposit and photos.

3.) **Production.**
_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

OR

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _5/9/16_____ Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _____ day of __May  2016__. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of New York
City/County of Utica/Oneida

DOROTHY BETH GOTTE
Notary Public - State of New York
No. 01GO6322710
Qualified in Oneida County
My Commission Expires April 27, 2019

SUBJECT TO PROTECTIVE ORDER    ELHUZAYEL_BADAWI_00023992

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _Suzanne Masó_ , hereby declare as follows:
(name)

(1)  I am a custodian of records for _Orbitz Worldwide LLC_ ,
(name of business or entity)

and in that capacity am knowledgeable about the matters set forth herein.

(a)  My job title/position is: _Legal Operations Manager_

(b)  I have been employed in this capacity for _3 years_
(duration)

and by the aforementioned business/entity for _3 Years_ .
(duration)

(c)  My job duties are:

_litigation Support_

(d)  I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

[ ] Training.

[X] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[X] Supervision of one or more others with hands-on experience.

[ ] Other.   Describe:

(2)   Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the business or entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

ELHUZAYEL_BADAWI_00000585

(3)   I certify that the attached record(s):

(a) was/were made at or near the time of the occurrence of the matters set forth therein,

(b) was/were made by, or from information transmitted by, a person with knowledge of those matters;

(c)   was/were kept in the course of the regularly conducted activity;

(d)   was/were made by and in the course of the regularly conducted activity as a regular practice;

(e)   if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated   5 /19/15   and executed at   Chicago IL 60661   .
　　　　　(date document was signed)　　　　　　　　　　　(place document was signed)

_Suzen Maso_
(Signature)

_Suzanne Maso_
(Typed or printed name)

4

ELHUZAYEL_BADAWI_00000586



## CERTIFICATION PURSUANT TO RULES 803(6) AND 902(11)
## OF THE FEDERAL RULES OF EVIDENCE AND 28 U.S.C. § 1746

Pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence and subject to the penalties for perjury under 28 U.S.C. § 1746, I hereby certify, to the best of my knowledge, information, and belief, that:

My name is Linnette V McCall.   I am a United States citizen and I am over eighteen years of age.   I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this decision.

I am in receipt of a Subpoena requesting specified records of the business named below. This certification is for documents provided on 2/13/2014 for the following number

4058125517; 7142357098; 7142933184; 7143981113

in regards to Sprint case number 2015-032381.    I hereby certify that the records attached hereto:

1. were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

2. were kept in the course of the regularly conducted business activity; and

3. were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

Executed on 02/13/2015.

Linnette V McCall
Subpoena Compliance Analyst

Sprint

(Notary Public)

SHELLY NEASHAM
NOTARY PUBLIC
STATE OF KANSAS
My Appt Exp.: 1/23/19

ELHUZAYEL_BADAWI_00001742



Wells Fargo Bank, N.A.
Subpoena Processing Chandler
PO Box 29728 S3928-020
Phoenix, AZ 85038
Voice: (480)724-2000

## BUSINESS RECORDS DECLARATION

I, Connie Mitchareune, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order. The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

The records produced are described as follows:

Case No: 12247464

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Checks/Debits | XXXXXX0409 | 0 | 0 |
| Deposits with offsets | XXXXXX0409 | 19 | 19 |
| Statements | XXXXXX4957 | 0 | 0 |
| Unable to locate statements for account 6976364957 due to account opened 05/01/2015 and statement has not generated. | | | |
| Signature Cards | XXXXXX4957 | 0 | 0 |
| Signature card combined with account 1976390409. | | | |
| Checks/Debits | XXXXXX4957 | 0 | 0 |
| Signature Cards | XXXXXX0409 | 4 | 4 |
| Deposits with offsets | XXXXXX4957 | 7 | 7 |
| Statements | XXXXXX0409 | 0 | 0 |
| Unable to locate statements for account 1976390409 due to account opened 05/01/2015 and statement has not generated. | | | |

| | Total Copies Delivered: | 30 |
|---|---|---|

I declare under penalty of perjury under the law(s) of the state of California that the foregoing is true and correct according to my knowledge and belief.  Executed on this 1st day of June, 2015, in the City of Chandler, State of ARIZONA.

*Connie Mitchareune*

Subpoena Processing Representative  (480)724-2000

Image copies of requested transactions may be missing for the following reasons: Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.

Case No: 12247464; Agency Case No: 2015673

Page 1 of 1

ELHUZAYEL_BADAWI_00021874

Wells Fargo Bank, N.A.
Subpoena Processing Charlotte
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

# BUSINESS RECORDS DECLARATION

I, Andrew Newpher, declare that I am employed by Wells Fargo Bank, N. A. ("Wells Fargo") in the Legal Order Processing Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case No: 15739458

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Free Form | XXXXXX9021 | 11 | 11 |
| Video ATM / DVD | XXXXXX9021 | 15 | 15 |
| | | **Total Copies Delivered:** | **26** |

I declare under penalty of perjury under the law(s) of the state of California  that the foregoing is true and correct according to my knowledge and belief.   Executed on this 11th day of May, 2016, in the City of Charlotte, State of NORTH CAROLINA.



Subpoena Processing Representative   (480) 724-2000

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments for compliance.

Case No: 15739458; Agency Case No: SACR00060ADOC

SUBJECT TO PROTECTIVE ORDER  ELHUZAYEL_BADAWI_00024054

Page 1 of 1

# AFFIDAVIT

## Case No. : 2015-1004 RFPA #SA-P0534

Cory Roberson , certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.
2.  My business address is 14800 Frye Road, Fort Worth, Texas 76155.
3.  I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Fort Worth, Texas.
4.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.  It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 7·30·2015

By: _____

Cory Roberson
Document Review Specialist
Texas Subpoena Processing

Sworn to before me this 30ᵗʰ day of July, 2015

_____
Notary Public

6/11/16
Commission Expires

SD_SwornDocumentExecution_000023160153
SB656746-F1

LAVONNE CHRISTINE GRAY
Notary Public, State of Texas
My Commission Expires
June 11, 2016

ELHUZAYEL_BADAWI_00021868

## INVENTORY LISTING

**CHASE FILE NO.: SB656746-F1**

Customer Name: Muhanad Elfatih Badawi
Account No.: 3612618584
Request Type: Checking -Signature Card
Date Range: Open- 6/23/2015

Request Type: Checking -Statements
Date Range: Open- 6/23/2015
Comment: 10/2/2009- 7/16/2015

Request Type: Checking -Items
Date Range: Open- 6/23/2015
Comment: Deposits with offsets, Withdrawals 10/2/2009- 6/23/2015

Account No.: 6396597008
Request Type: Savings -Signature Card
Date Range: Open- 6/23/2015

Request Type: Savings -Statements
Date Range: Open- 6/23/2015
Comment: 10/2/2009- 6/30/2011

Request Type: Savings -Items
Date Range: Open- 6/23/2015
Comment: Deposits with offsets 1/6/2010- 4/4/2011

Unable to locate additional records responsive to the subpoena and/or request with the information provided.

Copies of items $1.00 or less have not been provided

ELHUZAYEL_BADAWI_00021869

1705336  FRS



---

**National Court Order Compliance**

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

DECLARATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

My name is Fernando Rodriguez-Sanchez.  I am over the age of 18 and qualified to process this affidavit.
I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for
AT&T.  I have been employed by AT&T since October 27,2008.  Attached to this Declaration are true
and correct copies of subscriber information and/or call detail issued by AT&T for the following
accounts:

Cellular Number(s): (714) 267-3030  (714) 747-6920  (714) 749-9123  (714) 818-2870

Pursuant to 28 U.S.C. Sec.1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on February 11, 2015

*Fernando Rodriguez-Sanchez*

_____
Fernando Rodriguez-Sanchez.
Compliance Security Analyst

ELHUZAYEL_BADAWI_00001719

## AFFIDAVIT

### Case No. : 2015R00247; 2015-635; SA-P0416

Suzanne L Story , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A.'s business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated:  5-20-15

By: _Suzanne L Story_

Suzanne L Story
Document Review Specialist
NATIONAL SUBPOENA PROCESSING

Sworn to before me this 25th day of ___May___, 2015.

_Tina Marie Rivera_
Notary Public

2/26/20
Commission Expires

SD_SwornDocumentExecution_000014750021
SB645138-F1

OFFICIAL SEAL
TINA MARIE RIVERA
NOTARY PUBLIC - INDIANA
JOHNSON COUNTY #633325
My Comm. Expires 02-26-2020

ELHUZAYEL_BADAWI_00021863

## INVENTORY LISTING

**CHASE FILE NO.:  SB646254-F1**

Customer Name: Nader S Elhuzayel
Account No.: 00000000000401616763
Request Type: Checking -Signature Card
Date Range: Open - 5/12/2015

Request Type: Checking -Statements
Date Range: Open - 5/12/2015
Comment: 9/14/2011 – 4/21/2015

Request Type: Checking -Items
Date Range: Open - 5/12/2015
Comment: Withdrawals and deposits with offsets 9/21/2011 – 9/17/2014


Customer Name: Abeer Salem Elhuzayel as Custodian for Nader Salem El-Huzayel
Account No.: 00000000005646284381
Request Type: Savings -Signature Card
Date Range: Open - 5/12/2015

Request Type: Savings -Statements
Date Range: Open - 5/12/2015
Comment: 2/26/2008 – 12/31/2009


Unable to locate additional records responsive to the subpoena and/or request with the information provided.

Copies of items $1.00 or less have not been provided

ELHUZAYEL_BADAWI_00021864

**INVENTORY LISTING**

**CHASE FILE NO.: SB645138-F1**

Customer Name: Nader S Elhuzayel
Account No.: 00000000000401616763
Request Type: Checking -Signature Card
Date Range: Open - 5/8/2015

Request Type: Checking -Statements
Date Range: Open - 5/8/2015
Comment: 9/14/2011-4/21/2015

Request Type: Checking -Correspondence
Date Range: Open - 5/8/2015
Comment: 9/14/2011-5/04/2015

Customer Name: Abeer Salem Elhuzayel as Custodian for Nader Salem El-Huzayel
Account No.: 5646284381
Request Type: Savings -Signature Card
Date Range: Open- 5/8/2015

Request Type: Savings -Statements
Date Range: Open - 5/8/2015
Comment: 2/26/2008-12/31/2009

Copies of items $1.00 or less have not been provided

ELHUZAYEL_BADAWI_00021865

**DECLARATION OF CUSTODIAN OF RECORDS**

I, Rolando Vega, declare:

1.     I, the undersigned, am a duly authorized custodian of records for Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, CA 94103 (the "Responding Party") to whom the warrant (the "Warrant"), dated May 08, 2015, from Special Agent Kevin Gallagher, of the Federal Bureau of Investigation is directed.

2.     I have personal knowledge of the facts set forth below, and the authority to certify records on behalf of the Responding Party.  I am qualified to testify as to the preparation and maintenance of the records sought by the Warrant and, if called upon as a witness, could testify competently thereto.

3.     I hereby certify to the best of my knowledge that the records sent to Special Agent Kevin Gallagher regarding users 2827006337, 3062911044, 3070170972, 3092582583, 3121473777, 3154850044 and, 3161708545 via email, on May 08, 2015, are true and correct copies of available records (the "Records") in my custody or control responsive to the Warrant. The Records were "prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event." (See Cal. Evid. Code §1561(a)(3)).  The Records include:

    a.   -[user_id]-account.txt: basic subscriber information, including: screen name, email address (as given by Subject User), and account creation date.
    b.   -[user_id]-account-creation-ip.txt:  IP address information at account creation
    c.   -[user_id]-devices.txt: records concerning the device (cell phone) registered by Subject User to his or her account, if any.
    d.   -[user_id]-ipaudit.txt: logins and related IP addresses.
    e.   -[user_id]-dms.txt: contains the Subject User's Direct Messages.
    f.   -[user_id]-dm-media.zip: contains images uploaded through Twitter's photo hosting service (if any) for direct messages.
    g.   -[user_id]-tweets.txt: contains the Subject User's Tweets.
    h.   -[user_id]-account-media.zip: contains images uploaded using Twitter's photo hosting service.
    i.   -[user_id]-email_address_history.txt: Subject User's account email address change history.
    j.   -[user_id]-followers.txt: other accounts that follow this account.
    k.   -[user_id]-following.txt: other accounts followed by this account.
    l.   -[user_id]-saved-searches.txt: searches saved by this account.
    m.   -[user_id]-contacts.txt: contacts imported into this account.
    n.   -[user_id]-lists_created.txt: lists created by this account.

-1-

1      o.   -[user_id]-lists_member.txt: public lists created by other accounts that include this
account.

2      p.   -[user_id]-facebook-connected.txt: records of a Facebook account connected to this
account.

I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct and that this declaration was executed on the 22nd day of February, 2016, at San
Francisco, California.

-2-