UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE ROBERT N. BLOCK, JUDGE PRESIDING

UNITED STATES OF AMERICA,
                Plaintiff,
vs.
                                SA-15-00275-M
NADER ELHUZAYEL and             (Merged to
MUHANAD BADAWI,                SACR-15-00060-DOC
                Defendants.
-----------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

May 22, 2015


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   ANDRE BIROTTE, JR.
     United States Attorney
 4   DENNISE D. WILLETT
     Assistant United States Attorney
 5   Chief, Santa Ana Branch
     CELESTE CORLETTE
 6   PATRICK FITZGERALD
     Assistant United States Attorney
 7   Santa Ana Branch Office
     United States Courthouse
 8   411 West Fourth Street
     Santa Ana, CA  92701
 9   (714) 338-3541

10   For Defendant NADER ELHUZAYEL:

11   SEAN K. KENNEDY
     Federal Public Defender
12   JOAN POLITEO
     Deputy Federal Public Defender
13   Federal Public Defender's Office
     411 West 4th Street, Suite 7110
14   Santa Ana, CA  92701-4598
     (714) 338-4500
15
     For Defendant MUHANAD BADAWI:
16
     KATHERINE T. CORRIGAN
17   CORRIGAN WELBOURN AND STOKKE APLC
     4100 Newport Place, Suite 550
18   Newport Beach, CA  92660
     (949) 251-0330
19

20

21

22

23

24

25
```

|  |  |
|---|---|
| | 1   SANTA ANA, CALIFORNIA; FRIDAY, MAY 22, 2015; 2:18 P.M. |
| 02:18 | 2           THE COURT: Before I call the calendar, I wish to |
| 02:18 | 3   advise the defendants here present of their constitutional |
| 02:18 | 4   and statutory rights in connection with these proceedings. |
| 02:18 | 5           You are here because you are charged with a |
| 02:18 | 6   criminal offense against the United States. Since you are |
| 02:18 | 7   charged in this district, you have received or will receive |
| 02:18 | 8   a copy of the charging document. |
| 02:18 | 9           You have the following constitutional and |
| 02:18 | 10  statutory rights. Please listen carefully. |
| 02:18 | 11          You have a right to retain and be represented by |
| 02:19 | 12  an attorney of your choosing at each and every stage of the |
| 02:19 | 13  proceedings. If you cannot afford an attorney, you have a |
| 02:19 | 14  right to request that the Court appoint an attorney to |
| 02:19 | 15  represent you. The appointed attorney will be paid for by |
| 02:19 | 16  the government at no cost to you. You must, however, submit |
| 02:19 | 17  a financial affidavit for approval of the Court before |
| 02:19 | 18  counsel will be appointed. If you make any false or |
| 02:19 | 19  misleading statements in that affidavit to willfully omit |
| 02:19 | 20  pertinent information, you will be subject to further |
| 02:19 | 21  prosecution for violating federal law. |
| 02:19 | 22          You have a right to remain silent. Anything you |
| 02:19 | 23  say, sign, or write which tends to incriminate you may be |
| 02:19 | 24  introduced against you in this or in any other court |
| 02:19 | 25  proceeding. |

```
02:19   1            If you are not a United States citizen, you have
02:19   2   the right to request that an attorney for the government or
02:19   3   a federal law enforcement official notify the consular
02:19   4   officer from your country of nationality that you have been
02:20   5   arrested.  But even without your request, a treaty or other
02:20   6   international agreement may require consular notification.
02:20   7            You have a right to have bail determined in
02:20   8   accordance with the provisions of the Bail Reform Act of
02:20   9   1984.  If the government seeks detention, you have the right
02:20  10   to a hearing at today's first appearance or within three to
02:20  11   five court days of today's appearance if a continuance is
02:20  12   requested and granted.
02:20  13            In the event you are detained, you have a right
02:20  14   upon application of your counsel to have the matter reviewed
02:20  15   by the Criminal Duty Judge or other District Court Judge who
02:20  16   may be assigned.  You have a right to be present at all
02:20  17   subsequent hearings where further argument will be heard
02:20  18   regarding the modifying of the conditions of your release.
02:20  19            You have a right to a preliminary hearing or to
02:20  20   have the case presented to the Grand Jury within 14 days of
02:20  21   this date if you are held in custody, and within 21 days if
02:21  22   you are released subject to conditions.  A preliminary
02:21  23   hearing is a proceeding where the government presents its
02:21  24   evidence and a decision is reached as to whether there is
02:21  25   probable or reasonable cause to believe that the offense
```

```
02:21    1   charged has been committed and that you have committed it.
02:21    2   If probable cause is not found, the matter will be
02:21    3   dismissed.  If probable cause is found, you will be required
02:21    4   to enter a plea to the charges.
02:21    5            Probable cause may also be shown by the return of
02:21    6   an Indictment by the Grand Jury.  So, if an Indictment is
02:21    7   returned against you prior to or on the date of the
02:21    8   preliminary hearing, no preliminary hearing will be held.
02:21    9   You will then be required to appear and enter a plea to the
02:21   10   Indictment.
02:21   11            You may waive your right to a preliminary hearing.
02:21   12            The defendants here today are ordered to appear
02:21   13   for further proceedings.  No further notice will be given to
02:22   14   you.  You must appear as ordered unless otherwise ordered.
02:22   15            I will ask the clerk to please call the calendar.
02:22   16            THE CLERK:  SA-15-00275-M, United States of
02:22   17   America versus Nader Elhuzayel.
02:22   18            MR. CORLETTE:  Good afternoon, Your Honor.
02:22   19   Celeste Corlette and Patrick Fitzgerald on behalf of the
02:22   20   United States.
02:22   21            MS. POLITEO:  Good afternoon, Your Honor.  Joan
02:22   22   Politeo on behalf of Nader Elhuzayel.  He is present in
02:22   23   court.  He seeks appointed counsel, and Mr. Ortega from the
02:22   24   Federal Public Defender's Office is going to be his assigned
02:22   25   public defender.
```

```
02:22   1             THE COURT:  You're appearing for Mr. Ortega?
02:22   2             MR. POLITEO:  That's correct, Your Honor.
02:22   3             THE COURT:  Let me inquire of the defendant.
02:22   4             Sir, is your true name Nader Elhuzayel?
02:22   5             DEFENDANT ELHUZAYEL:  Yes.
02:22   6             THE COURT:  And did you sign this financial
02:22   7   affidavit form?
02:22   8             DEFENDANT ELHUZAYEL:  Yes.
02:22   9             THE COURT:  Are the statements on your financial
02:22  10   affidavit true?
02:22  11             DEFENDANT ELHUZAYEL:  Yes.
02:23  12             THE COURT:  The Court finds that this defendant is
02:23  13   entitled the appointment of counsel and appoints Mr. Ortega
02:23  14   from the Federal Public Defender's Office for whom Ms.
02:23  15   Politeo is appearing today to represent the defendant.
02:23  16             Sir, have you reviewed the Complaint and
02:23  17   supporting Affidavit that has been filed against you in this
02:23  18   matter?
02:23  19             DEFENDANT ELHUZAYEL:  Yes, I did review it.
02:23  20             THE COURT:  I am not asking you today to admit or
02:23  21   deny the truth of the charges.
02:23  22             Do you understand, though, what it is that the
02:23  23   government is claiming you did?
02:23  24             DEFENDANT ELHUZAYEL:  Yes.
02:23  25             THE COURT:  The government has filed a Notice of
```

| | | |
|---|---|---|
| 02:23 | 1 | Request for Detention. |
| 02:23 | 2 | Has that been served to defense counsel yet? |
| 02:23 | 3 | MS. POLITEO:  It has, Your Honor. |
| 02:23 | 4 | THE COURT:  Is the defendant ready to proceed |
| 02:23 | 5 | today with a detention hearing? |
| 02:23 | 6 | MS. POLITEO:  No, Your Honor. |
| 02:23 | 7 | THE COURT:  So five days gets us to -- |
| 02:23 | 8 | Do you have continuance forms up here, Kerri? |
| 02:24 | 9 | (Court amd clerk conferring.) |
| 02:24 | 10 | MS. POLITEO:  Perhaps to make it easier, Tuesday |
| 02:24 | 11 | or Wednesday of next week would be -- |
| 02:24 | 12 | THE COURT:  Let's make it Wednesday because I am |
| 02:24 | 13 | on duty. |
| 02:24 | 14 | MS. POLITEO:  Very well.  I believe that's |
| 02:24 | 15 | convenient with Mr. Ortega as well. |
| 02:24 | 16 | THE COURT:  We will set it.  He will have to fill |
| 02:24 | 17 | out the form afterwards. |
| 02:24 | 18 | So at the request of the defendant -- hang on a |
| 02:25 | 19 | second. |
| 02:25 | 20 | (Court and clerk conferring.) |
| 02:25 | 21 | THE COURT:  Make it 1:30 p.m. |
| 02:25 | 22 | On motion, the defendant is ordered a detention |
| 02:25 | 23 | hearing.  It's set for May 27, 2015, at 1:30 p.m. before me |
| 02:25 | 24 | here in Courtroom 9C.  Pending hearing, the defendant shall |
| 02:25 | 25 | be held in custody by the United States Marshal.  He is |

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

| | | |
|---|---|---|
| 02:26 | 1 | ordered produced for the hearing. |
| 02:26 | 2 | It will be your responsibility or Mr. Ortega's |
| 02:26 | 3 | responsibility to notify Pretrial Services if there is any |
| 02:26 | 4 | additional information relevant to the issue of bail at the |
| 02:26 | 5 | detention hearing. |
| 02:26 | 6 | MR. POLITEO: Thank you, Your Honor. |
| 02:26 | 7 | THE COURT: The preliminary hearing in this matter |
| 02:26 | 8 | is set for Friday, June 5, 2015, at 3:00 p.m. before me.  We |
| 02:26 | 9 | will tentatively make that Courtroom 9C.  The |
| 02:26 | 10 | post-Indictment arraignment is set for Monday, June 8, 2015, |
| 02:26 | 11 | at 10:00 a.m. before me here in Courtroom 9C. |
| 02:27 | 12 | The defendant is ordered to appear on those dates |
| 02:27 | 13 | and times.  In the meantime, pending next week's detention |
| 02:27 | 14 | hearing, he is remanded to the custody of the United States |
| 02:27 | 15 | Marshal. |
| 02:27 | 16 | THE CLERK: SA-15-275-M, United States of America |
| 02:27 | 17 | versus Muhanad Badawi. |
| 02:27 | 18 | MR. CORLETTE: Good afternoon, Your Honor. |
| 02:27 | 19 | Celeste Corlette and Patrick Fitzgerald on behalf of the |
| 02:27 | 20 | United States. |
| 02:27 | 21 | MS. CORRIGAN: Good afternoon, Your Honor.  Kate |
| 02:27 | 22 | Corrigan on behalf of defendant Muhanad Badawi.  He is |
| 02:27 | 23 | present in custody.  He is seeking the appointment of |
| 02:27 | 24 | counsel. |
| 02:27 | 25 | THE COURT: Let me inquire of the defendant. |

```
02:27    1              Sir, is your true name Muhanand Badawi?
02:27    2              DEFENDANT BADAWI:  Muhanand Badawi.
02:28    3              THE COURT:  Which just for the record is spelled
02:28    4    the same way as charged in the Complaint, correct, Ms.
02:28    5    Corrigan?
02:28    6              THE COURT:  That's correct.  I did speak with him
02:28    7    earlier, and he confirmed the spelling.
02:28    8              THE COURT:  Okay.  Now let me inquire of the
02:28    9    defendant.
02:28   10              Sir, did you sign this Financial Affidavit form?
02:28   11              DEFENDANT BADAWI:  Yes.
02:28   12              THE COURT:  Are the statements in your Financial
02:28   13    Affidavit true?
02:28   14              DEFENDANT BADAWI:  Yes.
02:28   15              THE COURT:  The Court finds that the defendant is
02:28   16    entitled to the appointment of counsel and appoints Ms.
02:28   17    Corrigan of the Indigent Defense Panel to represent the
02:28   18    defendant.
02:29   19              MS. CORRIGAN:  Thank you, Your Honor.
02:29   20              At this time it is my intention to -- I intend to
02:29   21    come back at some point if I am able to develop some
02:29   22    sureties.  His brother is present in the courtroom along
02:29   23    with another family member.  I have had one person
02:29   24    interviewed by Pretrial.  I hope to have others also
02:29   25    interviewed and perhaps come back --
```

```
02:29   1              THE COURT:  You know you are getting ahead of me.
02:29   2              MS. CORRIGAN:  I'm sorry.
02:29   3              THE COURT:  Let's get to that in a second.
02:29   4              First, let me ask the defendant have you reviewed
02:29   5    the Complaint and supporting Affidavit that has been filed
02:29   6    against you in this matter?
02:29   7              DEFENDANT BADAWI:  Yes.
02:29   8              THE COURT:  I am not asking you today to admit or
02:29   9    deny the truth of the charges, but do you understand what it
02:29  10    is the government claims you did?
02:29  11              DEFENDANT BADAWI:  Yes.
02:29  12              THE COURT:  For the record, the government has
02:29  13    filed a Notice of Request for Detention, which I take has
02:29  14    been served on defense counsel.
02:29  15              MS. CORRIGAN:  Yes, it has, and I have reviewed it
02:29  16    with my client.
02:30  17              THE COURT:  And you have indicated that the
02:30  18    defendant is going to be submitting on that issue at this
02:30  19    time.
02:30  20              MS. CORRIGAN:  At this time, Your Honor.  We may
02:30  21    come back to the Court at a future date in the event that I
02:30  22    am able to develop sureties.  He seems to have no criminal
02:30  23    history and appears to have significant ties to the
02:30  24    community.
02:30  25              THE COURT:  For the record, does the government
```

```
02:30   1    also submit on the basis of the Complaint, supporting
02:30   2    Affidavit, and the Pretrial Services report?
02:30   3              MR. CORLETTE:  Yes.  The government is prepared to
02:30   4    describe some of the details in the Complaint if the Court
02:30   5    desires.
02:30   6              THE COURT:  It's not necessary.
02:30   7              MR. CORLETTE:  Thank you.
02:30   8              THE COURT:  The Court finds that no condition or
02:30   9    combination of conditions wiil reasonably assure the
02:30  10    appearance of the defendant as required and/or the safety of
02:30  11    any person or the community.
02:31  12              The Court further finds that the defendant has not
02:31  13    rebutted by sufficient evidence to the contrary the
02:31  14    presumption provided by statute.
02:31  15              The Court bases its findings on the following:
02:31  16              As to flight risk, background info, and ties to
02:31  17    the community, currently unverified; foreign citizenship,
02:31  18    foreign travel, experience, lack of bail resources, and the
02:31  19    nature of the allegations.
02:31  20              As to danger, the Court's finding is based on the
02:31  21    nature of the allegations here.
02:31  22              Therefore, it is ordered that this defendant be
02:31  23    detained prior to trial.
02:31  24              A preliminary hearing in this matter is set for
02:31  25    Friday, June 5, 2015, at 3:00 p.m. before me here in
```

```
02:31   1    Courtroom 9C.  The post-Indictment arraignment is set for
02:31   2    Monday, June 8, 2015, at 10:00 a.m. before me here in
02:31   3    Courtroom 9C.  The defendant is ordered to appear on those
02:31   4    dates and times.  In the meantime, he is remanded to the
02:32   5    custody of the United States Marshal.
02:32   6              Anything further?
02:32   7              MS. CORRIGAN:  One minor issue.  In light of the
02:32   8    client's religious beliefs, he does have some dietary
02:32   9    restrictions.  It's my understanding that the marshals were
02:32  10    good enough to accommodate those earlier today.  I would
02:32  11    request that the facility where he is going to be made aware
02:32  12    of that and that they comply with that dietary restriction.
02:32  13              THE COURT:  All right.  We will put -- do we have
02:32  14    a form?
02:32  15              {Court and clerk conferring.)
02:32  16              MS. POLITEO:  That would be the same with respect
02:32  17    to my client as well.
02:32  18              THE COURT:  All right.
02:32  19              I am going to order that the defendants -- what
02:33  20    did you call it, religious dietary restrictions?
02:33  21              MS. CORRIGAN:  Yes, Your Honor.
02:33  22              THE COURT:  Religious dietary restrictions be
02:33  23    accommodated.  And I will make that order for both
02:33  24    defendants.
02:33  25              MS. CORRIGAN:  Thank you, Your Honor.
```

Case 8:15-cr-00060-DOC Document 257 Filed 01/26/17 Page 13 of 14 Page ID #:2875

13

```
02:33   1            (Whereupon, the proceedings were concluded.)
02:33   2                         *     *     *
02:33   3
02:33   4
02:33   5
02:33   6
02:33   7
02:33   8
02:33   9
02:33  10
02:33  11
02:33  12
02:33  13
02:33  14
02:33  15
02:33  16
02:33  17
02:33  18
02:33  19
02:33  20
02:33  21
02:33  22
02:33  23
02:33  24
02:33  25
```

```
02:33   1
02:33   2
02:33   3
02:33   4
02:33   5                          CERTIFICATE
02:33   6
02:33   7       I hereby certify that pursuant to Section 753,
02:33   8   Title 28, United States Code, the foregoing is a true and
02:33   9   correct transcript of the stenographically reported
02:33  10   proceedings held in the above-entitled matter and that the
02:33  11   transcript page format is in conformance with the
02:33  12   regulations of the Judicial Conference of the United States.
02:33  13
02:33  14   Date:   January 25, 2017
02:33  15
02:33  16
02:33                      /s/   Sharon A. Seffens   1/25/17
02:33  17              _____
02:33                  SHARON A. SEFFENS, U.S. COURT REPORTER
02:33  18
       19
       20
       21
       22
       23
       24
       25
```