# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CR 15-0060-DOC-2 | Date | May 9, 2017 |

| | |
|---|---|
| Present: The Honorable | DAVID O. CARTER, U.S. District Judge |
| Interpreter | None |

| | | |
|---|---|---|
| Deborah Goltz | None Present | None Present |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Muhanad Elfaith M.A. Badawi | Not | X | | Katherine K. Windsor | Not | X | |

**PROCEEDINGS: (IN CHAMBERS) ORDER RE CORRESPONDENCE**

---

The Court is in receipt of defendant's Letter Request to Appointment of Different Attorney for Appeal dated April 28, 2017 submitted by the defendant, Muhanad Elfatih M.A. Badawi, however, defendant is represented by appointed appellate counsel, Katherine K. Windsor.

Any request/relief sought by defendant must be sought through defendant's counsel. As this case is on appeal, the District Court does not have jurisdiction.

The Court orders the letter request forwarded to appellate counsel forthwith. In light of defendant's move to a new facility, the Court orders appellate counsel to ensure that defendant receives a copy of this order.

cc katy@windsorlaw.us

Muhanad Badawi #69076-112
U.S. Penitentiary Victorville
P.O. Box 3900
Adelanto, CA 92301

: N/A

Initials of Deputy Clerk djg